# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 03, 2018**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hummel, Trevor Matthew | Docket No. | 0980 2:18CR06006-EFS-2 |

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Trevor Matthew Hummel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 16th day of March, 2018 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use of or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Trevor Matthew Hummel violated the conditions of pretrial supervision by using benzodiazepines on or about March 16, 2018.

**Violation #2:** Trevor Matthew Hummel violated the conditions of pretrial supervision by testing positive for the use of cocaine on March 21, 2018.

**Violation #3:** Trevor Matthew Hummel violated the conditions of pretrial supervision by testing positive for the use of cocaine on March 29, 2018.

PRAYING THAT THE COURT WILL ISSUE A WARRANT.

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: April 3, 2018 |
| by | s/Curtis G. Hare |
| | Curtis G. Hare<br>U.S. Pretrial Services Officer |

PS-8
Re: Hummel, Trevor Matthew
April 3, 2018
Page 2

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*M. K. Dimke*

Signature of Judicial Officer

4/3/2018

Date