FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>TREVOR MATTHEW HUMMEL,<br>                  Defendant. | No.   4:18-CR-6006-EFS-2<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE**<br><br>**U.S.P.O. Action Required** |

     Before the Court, without oral argument, is Defendant Trevor Hummel's Motion to Modify Conditions of Release, ECF No. 122. As part of his current pretrial conditions, Special Condition #10 requires Defendant to "participate in a program of electronically monitored home confinement," wherein he must wear an electronic monitoring device at all times. ECF No. 94. Defendant filed a motion to remove this condition because he has been compliant with his release conditions, and advises that Counsel for the Government, Caitlin Baunsgard, does not object. *See* ECF No. 122. The Court finds good cause to grant the motion and strikes Defendant's condition of release Special Condition #10.

    /

    /

**IT IS HEREBY ORDERED:**

1. Defendant Trevor Matthew Hummel's Motion to Modify Conditions of Release, **ECF No. 122,** is **GRANTED.**

2. **Special Condition #10** of Defendant's pretrial release conditions **SHALL BE STRICKEN.**

3. Defendant Trevor Matthew Hummel may be released from electronic location monitoring as of the date of this Order.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to counsel for Defendant and the U.S. Probation Office.

**DATED** this  8th  day of April 2019.

s/Edward F. Shea  
EDWARD F. SHEA  
Senior United States District Judge