FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2019

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:18-CR-06006-EFS-2 |
| Plaintiff, | |
| vs. | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| TREVOR MATHEW HUMMEL, | |
| Defendant. | **ECF No. 126** |

Before the Court is Defendant's unopposed Motion to Modify Conditions of Release (ECF No. 126). For the reasons set forth in the motion;

IT IS HEREBY ORDERED:

1. The Motion to Modify Conditions of Release (ECF No. 126) is GRANTED.

2. Defendant's previously imposed conditions of release (ECF No. 94) shall be MODIFIED as follows: Special Condition No. 11 is STRICKEN. Defendant shall no longer be subject to home confinement.

DATED April 18, 2019.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1